IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02239-CBS

PATRICIA RAWSON, as mother and next friend of minor JRL,
    Plaintiff,
v.

MARK VALDEZ, an individual,
KEVIN KEENER, an individual,
FIDEL LEE OLIVAS, an individual,
And FIDEL LEE OLIVAS as next friend of FLO,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendant Fidel Olivas's Unopposed Motion for Extension of Time. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that Defendant Fidel Olivas's Unopposed Motion for Extension of Time is GRANTED. Defendant Olivas shall file an answer or otherwise respond to the Complaint on or before January 22, 2016.

    DATED at Denver, Colorado, this 8th day of January, 2016.

                              BY THE COURT:

                                s/Craig B. Shaffer
                              United States Magistrate Judge