IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02239-CBS

PATRICIA RAWSON, as mother and next friend of minor JRL,
   Plaintiff,

v.

MARK VALDEZ, an individual,
KEVIN KEENER, an individual,
FIDEL LEE OLIVAS, an individual, and
FIDEL LEE OLIVAS as next friend of FLO,
   Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's Unopposed Motion to Extend All Deadlines by 30 Days.  The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Plaintiff's Unopposed Motion to Extend all Deadlines by 30 Days (filed January 22, 2016) (Doc. # 18) is GRANTED.

    2.    All Defendants shall answer or otherwise respond to the Complaint on or before February 22, 2016.

    3.    On or before February 25, 2016, the parties shall complete and file the Consent to the Exercise of Jurisdiction by a United States Magistrate Judge (see Doc. # 3-4) indicating either unanimous consent of the parties or that consent has been declined.

    4.    The Scheduling Conference set for February 1, 2016 IS RESET TO TUESDAY, MARCH 8, 2016 AT 11:00 AM in Courtroom A-402 before Magistrate Judge Craig B. Shaffer.

The parties shall adhere to the deadlines and instructions as set forth in Preparation for Rule 16(b) Scheduling Conference, located on the court's website under "Judicial Officers."

DATED at Denver, Colorado, this 25th day of January, 2016.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge